UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CINQUE BRANDON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21-cv-00350-ACL |
| JOHN T. BIRD, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on a motion submitted by plaintiff Cinque Brandon, requesting the Court to "dismiss" his case. (Docket No. 6). In the motion, plaintiff explains that he was "trying to hold the wrong people accountable for [an] injustice," and seeks the dismissal of his claim. The Court construes this motion as a notice of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and will allow plaintiff to dismiss his case without prejudice. *See* Fed. R. Civ. P. 41(a)(i) (stating that the plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to voluntarily dismiss his case (Docket No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

Dated this 4th day of May, 2021.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE